1534

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 12-170 |
| v. | ) | |
| | ) | (18 U.S.C. § 513(a)) |
| ANDREW JONES | ) | |

INDICTMENT

COUNT ONE

The Grand Jury charges:

On or about April 29, 2011, in the Western District of Pennsylvania, the Defendant, ANDREW JONES, made, uttered, and possessed a counterfeit security of an organization which operates in and the activities of which affect interstate commerce, that is, the Defendant, ANDREW JONES, did possess and utter a counterfeit check drawn on Parkvale Bank, check number 1244, in the amount of $1,847.32.24, and by such conduct the Defendant, ANDREW JONES, intended to deceive another organization, namely Big Lots Department Store.

In violation of Title 18, United States Code, Section 513(a).

A True Bill,

Foreperson

DAVID J. HICKTON
United States Attorney
PA ID No. 34524